**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kimpest Gerard BROWN, a/k/a Akeem
Brown, a/k/a Sam Green, a/k/a Kevin
Brown, Defendant—Appellant.**

No. 09–8128.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 23, 2010.

Kimpest Gerard Brown, Appellant pro
se. Kimberly Riley Pedersen, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kimpest Gerard Brown appeals the district court's order denying his motion for
reduction of sentence pursuant to 18
U.S.C. § 3582(c) (2006), and denying his
motion for appointment of counsel. We
have reviewed the record and find no reversible error. Accordingly, we affirm for
the reasons stated by the district court.
*United States v. Brown,* No. 1:01–cr–
00169–LMB–1 (E.D.Va. Nov. 12, 2009).

We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*